## CHOCK cont<sup>a</sup> CLARKE

Peter Chock plaint. cont<sup>a</sup> William Clarke Defend<sup>t</sup> for refuseing to deliver or pay to the plaint. Fifty Shillings Starling money of England which the plaint. lent the s<sup>d</sup> Clarke in Bristoll owned by the s<sup>d</sup> Clarke here in Boston before severall persons as shalbee made appeare &c. . . . The Iury . . . found for the Defend<sup>t</sup> costs of Court grant<sup>d</sup> Fourteen Shillings and four pence.

Execucion issued. 8° Feb<sup>r</sup> 1678. [ 558 ]

## BAKER cont<sup>a</sup> FIGG

Thomas Baker Adm<sup>r</sup> to the Estate of his late Son Joseph Baker plaint. cont<sup>a</sup> Mary Figg Widdow Defend<sup>t</sup> in an Action of the case for refusing to deliver the Summe of twenty pounds or thereabouts in money which Shee hath in her hands belonging to the late Ioseph Baker w<sup>th</sup> all other due damages &c. . . . The Iury . . . found for the plaint. twenty pounds money damage and costs of Court: The Defend<sup>t</sup> Appealed from this Iudgem<sup>t</sup> unto the next Court of Assistants & put in Security for the prosecution of her Appeale to effect.

[ See Records of Court of Assistants, i. 133–34.]

## HARRISON cont<sup>a</sup> CANE

William Harrison plaint. on Appeale from the Iudgem<sup>t</sup> of the Worpp<sup>ll</sup> Edw<sup>d</sup> Tyng Esq<sup>r</sup> dat<sup>d</sup> Ianur° 7th 1678. cont<sup>a</sup> Nathanael Cane Defend<sup>t</sup> The Iudgem<sup>t</sup> Reasons of Appeale and evidences in the case produced being read and committ<sup>d</sup> to the Iury which are on file, The Iury . . . found for the plaint. Reversion of the former Iudgem<sup>t</sup> And thirty Seven Shillings one penny money damage and costs of Court allowed twenty Six Shillings eight pence.

Execution issued. 31° Ianur° 1678.